EXHIBIT A

To whom it may concern:

This is my third written attempt to have "Description #████████Collection Company of America, Dr. Kasper Heaton Wright (AMOUNT: $286.00), that was placed on my credit since 2005 removed. This information was wrongfully put onto my credit due to a name discrepancy between my father, David Wayne Sollis, and I, David Wayne Sollis Jr. Please note: We ARE two different people with two different social security numbers. As a result of this error, my credit and finances are suffering furthermore preventing the possibility of a refinance to lower my HIGH interest rates.

Please acknowledge and take immediate action to remove the above charges. Thank you.

Respectfully,

David Wayne Sollis Jr.
SSN# ███████████



May 15, 2008

To Whom It May Concern:

The purpose of this letter is to correct my credit report.

I currently have false/incorrect information on my credit reports, and this has been for years. One in particular pertains to a Dr. Kasper Heaton a medical bill that appears on my credit. This information is incorrect. This was my father's doctor bill (David Sollis, Sr.) for my younger brother that was not paid and then placed on my credit.

I personally paid this bill for my father and to get the information off my credit report. However, it has never been removed. I am asking that you please remove this incorrect information from my credit report. This is not the first time I have tried to remove this. Not only is my credit score adversely affected, but I have had to pay higher mortgage rates and have been unable to refinance.

Thank you for your concern and assistance.


David W. Sollis, Jr.
[address redacted]

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ALLEN TX 75013

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here 05/21/2008

Sent To: Experian
Street, Apt. No.; or PO Box No.: P.O. Box 2103 701 Exp-n
City, State, ZIP+4: Allen, TX 75013 Parkway

PS Form 3800, August 2006

---

### SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
Box 2103
Experian Parkway
[Alle]n, TX 75013

### COMPLETE THIS SECTION ON DELIVERY
A. Signature
X 701 Experian ☐ Agent ☐ Address

B. Received by (Printed Name) / C. Date of Delivery
MAY 28 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) No ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0003 2632 7574

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

CHESTER PA 19016

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here 05/21/2008

Sent To: Trans Union
Street, Apt. No.; or PO Box No.: Trans Union 2 Baldwin PL P.O.
City, State, ZIP+4: Chester, PA 19016

PS Form 3800, August 2006

---

### SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans Union
Trans union 2 Baldwin PL
P.O. Box 4000
Chester, PA 19016

### COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery
TransUnion LLC
MAY 27 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) No ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0003 2638 5567

PS Form 3811, February 2004   Domestic Return Receipt   102595-02

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ATLANTA GA 30374

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | |

05/21/2008

Sent To: Equifax
Street, Apt. No.; or PO Box No.: P.O. Box 740241
City, State, ZIP+4: [Atlanta, GA 30374]

---

### SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740241
Atlanta, GA 30374

### COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) / C. Date
MAY 24 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) No ☐ Yes





EXHIBIT B

P.O. Box 105518
Atlanta, GA 30348

May 27, 2008



# EQUIFAX

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



David W Sollis

*Paid!*

Dear David W Sollis:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

>>> We have researched the collection account. Account # - ******** - The results are: This creditor is currently reporting a zero balance for this account. If you have additional questions about this item please contact: **Collection Company of Amer, 700 Longwater Dr, Norwell, MA 02061-1624 Phone: (800) 886-9177**

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## Notice to Consumers

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to your credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably available, the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.




 

# EQUIFAX

## Equifax Credit Report ™ for David W. Sollis Jr.

As of: 09/25/2009.
Available until: 10/25/2009
Confirmation #: [REDACTED]

Report Does Not Update
Print Report

⚠ **Important.** Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

**REDACTED**

**REDACTED**

 

## Negative Accounts

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

**You have no negative accounts on file**

Back to Top

## Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

**COLLECTION COMPANY OF AMER**

| Agency Address: | 700 Longwater Dr<br>Norwell, MA 020611624<br>(800) 886-9177 |
|---|---|
| Date Reported: | 08/2009 |
| Date Assigned: | 04/2005 |
| Creditor Classification: | Medical/Health Care |
| Creditor Name: | DRS KASPER HEATON WRIGHT |
| Accounts Number: | 514XXXX |
| Account Owner: | Individual Account |
| Original Amount Owned: | $286 |
| Date of 1st Delinquency: | 08/2004 |
| Balance Date: | 08/2009 |
| Balance Owned: | $0 |
| Last Payment Date: | 29/06/2006 |
| Status Date: | 08/2009 |
| Status: | P - Paid |
| Comments: | Medical |

Back to Top

## Public Records

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

**You have no Public Records on file**

Back to Top

## Personal Information

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly.

Name: David W. Sollis Jr.
Social Security Number: [redacted]
Age or Date of Birth: [redacted]
Formerly Known As: David W. Sollisjr



EXHIBIT C

## Notice To Home Loan Applicant

TAMAYO FINANCIAL SRVCS  
16123 S LAGRANGE  
ORLAND PARK, IL 60462  
(708)745-5700

Score Date: 07/22/2009  
Report ID: ~~[redacted]~~

David Sollis  


In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

For your convenience we have provided the addresses for the three national repositories as well as the credit score developer.

Experian  
PO Box 2002  
Allen, TX 75013  
(888) 397-3742  
www.experian.com

TransUnion  
PO Box 1000  
Chester, PA 19022  
(800) 916-8800  
www.transunion.com

Equifax  
PO Box 740241  
Atlanta, GA 30374  
(800) 685-1111  
www.equifax.com

Fair Isaac  
200 Smith Ranch Road  
San Rafael, CA 94903  
(800)777-2066  
www.myfico.com

*The information and credit scoring model may be different than the credit score that may be used by the lender.

Information regarding your credit score is below:

| Credit Score Information | | | | | |
|---|---|---|---|---|---|
| | Repository | Brand | FICO Range | | |
| 740 | TransUnion | Classic 04 | 336-843 | ~~[redacted]~~ | SOLLIS, DAVID W JR |
| | 030 - Time since most recent account opening is too short<br>014 - Length of time accounts have been established<br>012 - Length of time revolving accounts have been established<br>008 - Too many inquiries last 12 months | | | | |
| | FACTA: Inquiries impacted the credit score. | | | | |
| 671 | Repository<br>Equifax | Brand<br>BEACON 5 | FICO Range<br>300-850 | ~~[redacted]~~ | SOLLIS, DAVID W JR |
| | 40 - Derogatory public record or collection filed<br>14 - Length of time accounts have been established<br>08 - Too many inquiries last 12 months<br>06 - Too many consumer finance company accounts | | | | |
| 660 | Repository<br>Experian | Brand<br>Fair Isaac | FICO Range<br>300-850 | ~~[redacted]~~ | SOLLIS, DAVID |
| | 40 - Derogatory public record or collection filed | | | | |